### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| AMANDA VALLE, <br><br> Plaintiff, <br><br> v. <br><br> VOXX LIQUORS, LLC d/b/a VERA BAR & GRILL, <br><br> Defendant. | CIVIL ACTION NO. 1:20-cv-05200-RMB-AMD |

## JOINT MOTION FOR AN ORDER APPROVING SETTLEMENT

Plaintiff Amanda Valle and Defendant Voxx Liquors, LLC d/b/a Vera Bar & Grill, by and through their undersigned attorneys, having reached a preliminary resolution of the claims of Plaintiff under the Fair Labor Standards Act ("FLSA") and the New Jersey Wage and Hour Law ("WHL") hereby move before this Honorable Court for an Order Approving the proposed FLSA Settlement Agreement. The Parties' arguments in support of this Motion are more fully explained in the accompanying Memorandum of Law and attached exhibits, which are incorporated into this Motion by reference.

WHEREFORE, the parties request that the Court grant this motion and approve the settlement of this action. A proposed order is attached.

Respectfully submitted,

| | |
|---|---|
| */s/ Preeya Bansal* | /s/ *Brad Kushner* |
| Preeya Bansal, Esq. | Brad Kushner, Esq. |
| Murphy Law Group, LLC | Brandon Shemtob, Esq. |
| Eight Penn Center, Suite 2000 | Stevens & Lee, P.C. |
| 1628 John F. Kennedy Blvd. | 1500 Market Street |
| Philadelphia, PA 19103 | East Tower, Ste. 1800 |
| pbansal@phillyemploymentlawyer.com | Philadelphia, PA 19102 |
| *Attorneys for Plaintiff* | bmk@stevenslee.com |
| | *Attorneys for Defendant* |

Dated: April 12, 2021

## CERTIFICATE OF SERVICE

I, Preeya Bansal, Esquire, hereby certify that on April 12, 2021, I caused a true and correct copy of the foregoing to be sent to the following counsel via ecf notification:

Brad M. Kushner, Esq.
Brandon S. Shemtob, Esq.
Stevens & Lee, P.C.
1818 Market Street, 29th Floor
Philadelphia, PA 19103
bmk@stevenslee.com
bss@stevenslee.com
*Counsel for Defendant*

　　　　　　　　　　　　　　　　　　　/s/ *Preeya Bansal*____
　　　　　　　　　　　　　　　　　　Preeya Bansal, Esq.

Dated: April 12, 2021